DEBRA A. MARSHALL ET AL. *v.* GENEVIEVE MARSHALL, EXECUTRIX (ESTATE OF RAYMOND L. MARSHALL), ET AL.

DEBRA A. MARSHALL *v.* GENEVIEVE MARSHALL, EXECUTRIX (ESTATE OF RAYMOND L. MARSHALL), ET AL.

The petition by the plaintiff Debra A. Marshall for certification for appeal from the Appellate Court, 71 Conn. App. 565 (AC 21945/AC 21948), is denied.

*Debra A. Marshall,* pro se, in support of the petition.

*Amy M. Stone,* in opposition.

Decided September 27, 2002

FRANCES SEGRETO *v.* CITY OF BRISTOL

The plaintiff's petition for certification for appeal from the Appellate Court, 71 Conn. App. 844 (AC 22081), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Donald R. Holtman,* in support of the petition.

*Thomas R. Gerarde,* in opposition.

Decided September 27, 2002

STATE OF CONNECTICUT *v.* ALLAN NICHOLSON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 71 Conn. App. 585 (AC 22834), is denied.

*John A. East III,* senior assistant state's attorney, in support of the petition.